Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 7 2026

TAMMY H. DOWNS, CLERK

By: _Mark Moore_

DEP CLERK

for the

Eastern District of Arkansas

____Northern__ Division

| | | |
|---|---|---|
| Cedric Greene and Valerie Stephen | ) | Case No. 3:26-CV-00073-LPR |
| | ) | *(to be filled in by the Clerk's Office)* |
| _____ | ) | |
| *Plaintiff(s)* | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |
| -v- | ) | |
| Price Self Storage West LA LLC. | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

This case assigned to District Judge _Rudofsky_
and to Magistrate Judge_____ _Moore_

**I.**     **The Parties to This Complaint**

    **A.**     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cedric Greene |
| Street Address | (Mailing Address) 501 East 6TH Street |
| City and County | Los Angeles |
| State and Zip Code | California 90021 |
| Telephone Number | (323) 972- 9966 |
| E-mail Address | Cedricgreene33@yahoo.com |

    **B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

|   |   |
|---|---|
| Name | Price Self Storage West LA LLC |
| Job or Title *(if known)* | |
| Street Address | 3430 South LaBrea Avenue |
| City and County | Los Angeles |
| State and Zip Code | California 90016 |
| Telephone Number | (323) 299-2699 |
| E-mail Address *(if known)* | Psslabrea@priceselfstorage.com |

Defendant No. 2

|   |   |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

|   |   |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

|   |   |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

II.      **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.      **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B.      **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* Cedric Greene & Valerie Stephen , is a citizen of the State of *(name)* Diplaced / Unsettled / System Captivity .

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

## INJUNCTION ORDER REQUEST OF GREENE AND VALERIE STEPHEN

Before civil proceedings could occur, injunction orders under *federal rules of civil procedure 65(a)(1)*, has to be issued at the couple's direct request, because the couple have overwhelming reason to feel, and believe that PRICE SELF committed unlawful activity. During the time that the couple was waiting on what came out to be a sham intake with a California Enforcement Agency, PRICE SELF issued a written threat to remove Greene and Valerie's property from the storage unit. They served no legal material to neither one of the two telling them that they had a court order to take action. Greene and Valerie filed a number of submissions in their Department of Fair Employment and Housing (DFEH) case notifying the agency of what was occurring, but the DFEH wasn't taking any action to prevent or intervene.

The DFEH also didn't give the couple any indication that they were going to make a decision to decline investigation on matters unassociated with what was presented, because ***Greene and Valerie didn't submit a disability case to the DFEH.*** Was it possible that the California Enforcement Agency was against working with the husband of Valerie Stephen despite of the fact that he showed relevant material to them so that DFEH could move forward with filing a charge for investigative reasons?

That's one reason why the interest of justice doesn't rise to the level of presenting this case matter in the legal system where PRICE SELF is located. That's also why they couldn't get clarity in that state, and it was non-legal reasons they couldn't get the necessary clarity in the other places that this case has visited.

The DFEH showed no desire to work with Valerie's spouse during the time that they were waiting on an intake date that turned out to be a complete waste of their time, and the Enforcement Agency themselves.

As to PRICE SELF, the written threat made to Valerie was made on her during the time that the couple had an active DFEH case, and pending intake date. If the threat is legit (and it's every reason to believe that the threat is valid), it will completely justify Greene's reasons for opting against pursing this case in the system where PRICE SELF is located. The injunction request is made for clarification purposes, and it must enforce PRICE SELF to give notification of the date and time that they disposed of the couple's legit stored belongings in their West Los Angeles Storage facility. We seek immediate clarity of it.

SIGNED this *23rd day of February, 2026.*                    By: *Cedric Greene Jr.* & *Valerie J. Stephen*

## STATEMENT OF THE CLAIM DIRECTED AT PRICE SELF STORAGE

Cedric Greene substantiated all claims against PRICE SELF in a Court of Law in California on June 21, 2021, and PRICE SELF fully admitted in open court that they were aware of the common-law marriage of Greene and Valerie Stephen. What prevented relief issuance in that state were accusations directed at Cedric Greene. A judicial official unconstitutionally accused Greene of unlawful practice of law in their state, but the official that made such outrageous claims towards Greene didn't have the legal cause or authority to hear the small claims case of the Self- Represented couple. That's another just cause reason that they interest of justice doesn't permit this case to move forward in the state where PRICE SELF is located. Why would they have Greene in criminal court on civil matters? Why not just transfer the case upon a written request if their civil judge had issues with Greene as a litigant in their legal venue?

In terms of PRICE SELF, Valerie agreed on a monthly rate, and both Greene and Valerie were "financially impacted" due to COVID-19 circumstances in the state where PRICE SELF is located.

PRICE SELF abruptly increased the monthly rate during a time that was not legal under the circumstances. Local government from all levels of that state had issued moratoriums that prevented any rental increases. PRICE SELF however, issued a response to Greene and Valerie to *"pay or vacate!"*

Moving over to March 26, 2021, PRICE SELF decided to discriminate and retaliate against Valerie due to pending litigations in San Diego County during that time. PRICE SELF'S threatening letter sent to Valerie asked that she vacate the storage unit within *"11 days"* of their letter. As previously explained, the letter was sent to Valerie during the course of civil litigations in San Diego County during that time.

The letter also made efforts to ask that Valerie give PRICE SELF'S legal representatives a response within *"6 days of their letter."* An outraged Valerie reported matters to Cedric Greene. More outrageous acts of PRICE SELF STORAGE, they were committing malicious acts against Valerie during the time that it was believed that the couple were waiting on an Intake Date for investigative reasons from an Enforcement Agency of the other state. PRICE SELF STORAGE didn't care whatsoever.

**RELIEF**

In the couple's prayer for relief even though the evidence is clear and convincing, they still need an injunction order to clarify the threat made to Valerie Stephen. Based on the threat and the current convincing evidence to go with the threat being made during the time that the couple was led to believe that they waiting on an enforcement agency, venue for their case should be proper here in Arkansas.

The couple should also be entitled to venue in Arkansas under the *14th Amendment* due to reasons that Greene reported to his home state. Greene reported that he was accused of unlawfully practicing law in the other state due to advocating on behalf of himself, and his common-law of 11 years.

In the civil complaint attachment, officials on the East Coast saw no reason to exercise jurisdiction over the matter, and the couple doesn't find any basis under the *14TH Amendment* to present their case to the legal system where PRICE SELF is located, especially if, or when they obtain clarity about the date and time PRICE SELF carried out their threat to Valerie Stephen. Therefore, there are two different situations before the Eastern District of Arkansas. The first situation is the claim that Greene substantiated against PRICE SELF in San Diego County in previous years, on June 21, 2021. The fact that Greene was unconstitutionally accused doesn't entitle him or Valerie *14th Amendment* justice in the other state.

That's another reason why venue for the case is proper here. Once there is clarity to the threat made to Valerie, the couple could then begin the process of seeking civil damage compensation from PRICE SELF, because the threat was made to Valerie during the time that the Enforcement Agency's case was open and active, but the enforcement agency elected against taking any form of action in response to the threat made against Greene's wife. That's anther reason the case is properly presented here, and we'll seek monetary damages at the proper time once all the evidence information is presented to the couple.

SIGNED this *23rd day of February, 2026.*                    By: *Cedric Greene Jr.* & *Valerie J. Stephen*

**<u>Exhibit</u>**

# United States Court of Appeals
## For the First Circuit

No. 25-8031

CEDRIC GREENE; VALERIE STEPHEN,

Petitioners,

v.

PRICE SELF STORAGE WEST LA LLC,

Respondent.

Before

Barron, <u>Chief Judge</u>,
Gelpí, and Montecalvo, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: February 17, 2026

    Petitioners have filed this frivolous petition seeking to have this court determine where in this circuit they can file a complaint. We have carefully reviewed the petition, as well as the docket of the case attached to the filing in this court. Petitioners have not demonstrated any basis for this court to exercise jurisdiction over the matter and we see none. Accordingly, the petition is dismissed. <u>See</u> <u>U.S. Fidelity & Guar. Co.</u> v. <u>Arch Ins. Co.</u>, 578 F.3d 45, 55 (1st Cir. 2009). The request to proceed IFP is denied as moot.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Cedric Greene



Cedric Greene
501 E. 6th Street
Los Angeles, CA. 90021

Northern Division of Arkansas
615 S. Main Street - Rm. 312
Jonesboro, AR. 72401

U.S. POSTAGE ℳℐ
$1.07
RDC 99
90230    FCM
Date of sale
02/25/26SK
02        8W55

860960223174957

FOLD HERE